IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GABRIEL Q. FRAZIER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:21-CV-538-WHA-KFP |
| | ) | |
| JASON WATSON, JR. et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This case is before the Court on the Recommendation of the United States Magistrate Judge entered on August 30, 2021. There being no timely objections filed to the Recommendation and upon independent review of the file, it is ORDERED as follows:

1. The Magistrate Judge's Recommendation (Doc. 5) is ADOPTED.

2. This case is DISMISSED with prejudice prior to service under 28 U.S.C. § 1915(e)(2)(B)(i).

Final Judgment will be entered separately.

Done, this 20th day of September 2021.

　　　　　　　　　　　　　　　　　/s/   W. Harold Albritton
　　　　　　　　　　　　　　　　W. HAROLD ALBRITTON
　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE